## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CROP PRODUCTION SERVICES, INC.                                            PLAINTIFF

v.                              No. 4:13CV00537 JLH

TANTON GIBBS, in his capacity as
TRUSTEE OF THE VEDA F. GIBBS LIVING
TRUST dated May 27, 1993                                                  DEFENDANT

## ORDER

The motion to dismiss complaint filed by Crop Production Services, Inc., is GRANTED. Document #11. This action is hereby dismissed pursuant to the settlement agreement between the parties.

IT IS SO ORDERED this 19th day of June, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE